IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHANNON SIMMONS and
ERANUS ROBERSON,

    Plaintiffs,

vs.

FUTO's, INC., STEVE "JOHN"
FUTO, CHARLES FUTO, and
NOMAN RASHID,

    Defendants.

Civil Action No.

1:21-cv-3591-TWT

## ORDER

This matter is before the Court on Plaintiffs and Defendant's Steve and John Futo's Motion to Approve FLSA Settlement (the "Joint Motion"). The Court has reviewed the Parties' written Settlement Agreement filed with the Motion to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act (the "FLSA").  See, *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  Based on its review of the Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement were reached in an adversarial context with the assistance of legal counsel; (2) the terms of the Settlement Agreement are fair and reasonable

and represent an adequate resolution of this action; and (3) the attorneys fees including the rates charged by counsel are reasonable and customary.

It is hereby ORDERED that the Settlement Agreement is APPROVED and incorporated herein. The payment of the consideration referenced in the Settlement Agreement shall be made as provided in the Settlement Agreement. The Court reserves jurisdiction to enforce the Settlement Agreement if necessary.

SO ORDERED, this 25th day of July, 2022.

_____
Thomas W. Thrash, Jr.
UNITED STATES DISTRICT JUDGE